IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER COOK, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:08-cv-0426-MEF |
| JEFFERY KELLER, | ) |
| Respondent. | ) |

# **O R D E R**

On September 10, 2008, the Magistrate Judge filed a Recommendation (Doc. #17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That this case is DISMISSED without prejudice to afford Cook an opportunity to exhaust his administrative remedies in accordance with the procedures established by the BOP.

DONE this the 30th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE